# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| AUTO-DRIL, INC., | § |
| | § CIVIL ACTION NO: 4:16-cv-00280 |
| Plaintiff/Counter-Defendant, | § LEAD CASE |
| | § |
| v. | § |
| | § |
| NATIONAL OILWELL VARCO, L.P., | § CIVIL ACTION NO: 4:16-cv-00287 |
| | § (Consolidated) |
| Defendant/Counter-Plaintiff, | § |
| | § CIVIL ACTION NO. 4:16-cv-00293 |
| PASON SYSTEMS USA CORP., | § (Consolidated) |
| | § |
| CANRIG DRILLING TECHNOLOGY, LDT., | § |
| | § |
| Defendants. | § |

## JOINT MOTION TO DISMISS

Plaintiff Auto-Dril, Inc. and Defendant Pason Systems USA Corp., having resolved their claims and counterclaims, jointly move the Court to dismiss with prejudice all claims and counterclaims they have asserted against each other in this case. Each party will pay its own attorneys' fees, expenses, and costs.

A proposed form of Order is appended for the convenience of the Court.

Dated: April 6, 2016.

                                                                                           Respectfully submitted,

                                                                                         */s/ David G. Henry*
                                                                                         **Gray Reed & McGraw, P.C.**
                                                                                         David G. Henry, Sr.
                                                                                         State Bar No. 09479355
                                                                                         dhenry@grayreed.com
                                                                                         1300 Post Oak Blvd., Suite 2000
                                                                                         Houston, Texas 77056
                                                                                         Telephone: (713) 986-7000
                                                                                         Facsimile: (713) 986-7100

                                                                                         ATTORNEYS FOR PLAINTIFF
                                                                                         AUTO-DRIL, INC.

        SMYSER KAPLAN & VESELKA, L.L.P.

        /s/   *Jeff Potts*
        Jeff Potts
        Texas Bar No. 00784781
        Hector R. Chavez
        Texas Bar No. 24078335
        700 Louisiana Street, Suite 2300
        Houston, Texas 77002-2700
        Telephone:  (713) 221-2300
        Facsimile:   (713) 221-2320
        jpotts@skv.com
        hchavez@skv.com

        ATTORNEYS FOR
        PASON SYSTEMS USA CORP.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 6, 2016, I electronically filed the foregoing instrument with the Clerk of the Court by using the CM/ECF which will send an electronic notice to all attorneys of record.

        */s/   Jeff Potts*
        Jeff Potts

556536.1