IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AUTO-DRIL, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-280 |
| | § | H-16-293 |
| NATIONAL OILWELL VARCO, LP., | § | |
| CANRIG DRILLING TECHNOLOGY, | § | |
| LTD. | § | |
| | § | |
| Defendants. | § | |

# ORDER

To allow Auto-Dril to depose the experts identified on April 21, 2017, the *Markman* hearing is reset to a reasonable date to be proposed by the parties by Friday, April 28, 2017. Discovery on claim construction issues must be completed 45 days before the *Markman* hearing is scheduled. The parties may file summary judgment motions addressing indefiniteness no later than 30 days before the *Markman* hearing, and may argue those motions at the same time as the *Markman* hearing.

The pending motions for summary judgment are denied without prejudice as premature. (Docket Entry Nos. 120, 153). The parties may file summary judgment motions on issues other than indefiniteness after the *Markman* ruling and after the discovery necessary to these motions is completed. The motion to strike the response to Auto-Dril's summary judgment motion is denied as moot in light of this order. (Docket Entry No. 160).

Any request for additional time on *Markman* preparation must be filed no later than one week before the *Markman* hearing and the movant must show good cause.

SIGNED on April 25, 2017, at Houston, Texas.

                                         Lee H. Rosenthal
                                         Chief United States District Judge